# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

OCA# 122404   JCA# 77581

**MRS. EYE'KEYLA My Carruthers Washington**

[You are the PLAINTIFF, print your full name on this line.]

v.

**Elkhart County Jail (ECJ)**
**Elkhart County Correctional Complex (ECCC)**
**Deputy: Fritzgerald**

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

FILED
MAY 17 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number: 3:23-cv-429

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

# PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Elkhart County Jail (ECJ) | 26861 CR26 Elkhart Ind. 46517 |
| 2 | [Put the names of any other defendants in these boxes.] Elkhart County Correctional Complex (ECCC) | 26861 CR26 Elkhart Ind. 46517 |
| 3 | Deputy: Fritzgerald | 26861 CR26 Elkhart Ind. 46517 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **3**

2. What is the name and address of your prison or jail? **Elkhart County Jail / ECCC 26861 CR26 Elkhart In. 46517**

3. Did the event you are suing about happen there? ●Yes  ○No, it happened at: _____

4. On what date did this event occur? **September 4, 2022**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                                             page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
  DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
  DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. 8th Amendment violation; 1st Amendment, 4th Amendment, 5th Amendment; 14th Amendment has been ejected; Abandoned Property; Neglect of legal dockets; Neglect of Property; Neglect of United States District Court Northern South Bend Division Documentations; Deliberate Indifference; Discrimination; Defamed.

2. Clearly the obvious fills the air of a Negligence DeButy who ignored a Detainee after watching the wrong property load on a transportation ride from Elkhart County Jail to St. Joseph County Jail on August 19, 2022 a phone call was answered inside St. Joseph County Jail Intake garage for DeButy Fritzgerald time of event 1st Shift 7am to 3pm the lunch time was disappointing of Abandoned property by DeButy Fritzgerald she has deprived my legal dockets and deprived my legal Rights leaving a open Merit claim for her Neglect of duties and

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _Copies_
   _Sent to admin of ECJ/ECCC_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   _900,000 United States of American Currency_
   _Terminate Fritzgerald_

[Initial Each Statement]
_EmCw_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EmCw_ I will keep a copy of this complaint for my records.
_EmCw_ I will promptly notify the court of any change of address.
_EmCw_ I WILL NOT send more than one copy of any filing to the court.
_EmCw_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EmCw_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _9_/_4_/20_22_ at _12_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Mrs. EyE'Kayla My Careuthers Washington_    OCA# 122404
Signature                                     JCA# 71781
                                              Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]